Form oscelig (02/2013)

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In
Re:

William L. Wolf and Cheryl S. Wolf

Case Number: 16–40392–BDL
Chapter: 7

Debtor(s).

### ORDER TO SHOW CAUSE FOR ELIGIBILITY FOR DISCHARGE

A review of the Court records indicates that the Debtor(s) received a discharge in a prior case within the time period specified under 11 U.S.C. § 727(a)(8), § 1328(f)(1), or § 1328(f)(2). Accordingly, it is here by

ORDERED that the Debtor(s) William and Cheryl Wolf, appear before the Court on **3/9/2016 at 09:00 AM at Judge Lynch's Courtroom I, Union Station** to show cause why the Debtor(s) should be found eligible to receive a discharge in this case.

Failure to appear at the show cause hearing noted above will result in a determination that the Debtor(s) are ineligible for a discharge and, at completion, this case will be closed without entry of a discharge. **If you agree that the Debtor(s) are ineligible for a discharge, you do not need to appear at the hearing.**

Dated: 2/2/16

Mark L. Hatcher
Clerk of the Bankruptcy Court