# United States Bankruptcy Court
## Western District of Washington

In re    **William L. Wolf**
   **Cheryl S. Wolf**

Debtor(s)

Case No.   **16-40392**

Chapter   **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __**45**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 2, 2016**

Signature   **/s/ William L. Wolf**
      **William L. Wolf**
      Debtor

Date   **March 2, 2016**

Signature   **/s/ Cheryl S. Wolf**
      **Cheryl S. Wolf**
      Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re     William L. Wolf

Cheryl S. Wolf

Debtor(s)

Case No.    **16-40392**

Chapter    **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Schedule A/B Property**

**Schedule C Property You Claim as Exempt**

**Schedule E/F Creditors Who Have Unsecured Claims**

**Form 2030 Compensation of Attorney**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:    **March 2, 2016**

**/s/ Brian L. Budsberg**

**Brian L. Budsberg 11225**

Attorney for Debtor(s)

**Budsberg Law Group, PLLC**

**P.O. Box 1489**

**Olympia, WA 98507**

**360-584-9093 Fax:360-252-8333**

**Brian@budsberg.com**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **William L. Wolf** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cheryl S. Wolf** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number | 16-40392 | | |

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**10838 Independence Road SW**
Street address, if available, or other description

**Rochester          WA      98579-0000**
City                State        ZIP Code

**Thurston**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**10838 Independence Rd. SW
Rochester, WA  98579**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$260,000.00** | **$260,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

■ Check if this is community property (see instructions)

| Debtor 1 | **William L. Wolf** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl S. Wolf** | Case number *(if known)* | **16-40392** |

**If you own or have more than one, list here:**

1.2

Street address, if available, or other description

City State ZIP Code

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Land of the Lake - Ontario, Canada property co-owned by Mrs. Wolf with her sister; inherited 12/24/99; Total value $45,000.00--Mrs. Wolf's half $22,500.00**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$40,000.00** | **$20,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

■ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................=> | **$280,000.00**

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**2002 Ford Super Duty F250 214,000 miles**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,500.00** | **$3,500.00** |

3.2 Make: **Utuluty**
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Utiltiy Trailer**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100.00** | **$100.00** |

| Debtor 1 | William L. Wolf |
|---|---|
| Debtor 2 | Cheryl S. Wolf |

Case number *(if known)* 16-40392

---

**3.3** Make: _____
Model: **Trailer**
Year: _____
Approximate mileage: _____
Other information:

**Flatbed Trailer**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$250.00**
Current value of the portion you own? **$250.00**

---

**3.4** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**4 Horse Stock Trailer**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$500.00**
Current value of the portion you own? **$500.00**

---

**3.5** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**1994 Featherlite 3 Horse Slant w/ Large Tack Room**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$3,000.00**
Current value of the portion you own? **$3,000.00**

---

**3.6** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Bobcat - motor is blown**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$35.00**
Current value of the portion you own? **$35.00**

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

**4.1** Make: _____
Model: _____
Year: _____
Other information:

**1955 Boat Thompson 16' and trailer
50% owership interst with sister**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$200.00**
Current value of the portion you own? **$200.00**

---

Official Form 106A/B

Schedule A/B: Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **William L. Wolf** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl S. Wolf** | Case number *(if known)* | **16-40392** |

| 4.2 | Make: | **Evenrude** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: _____

Year: _____

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property (see instructions)

Other Information:

| **Evenrude** | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | **$0.00** | **$0.00** |

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................=>     **$7,585.00**

---

**Part 3:   Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| Household Goods and Furnishings | $7,500.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ■ No
    ☐ Yes.  Describe.....

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ■ Yes.  Describe.....

| gold pieces--50% ownership interest | $2,700.00 |
|---|---|
| Red Bowl - Antique Chine appraised at 1500.00 | $1,500.00 |
| Antiques | $4,250.00 |

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes.  Describe.....

| 3 western saddles, 1 Aussie saddle, one English saddle. 2 harnesses, 1 show bridle and various other tack room supplies | $3,200.00 |
|---|---|
| One 22 rifle | $25.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No

Official Form 106A/B                                Schedule A/B: Property                                             page 4

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**                    Case number *(if known)*  **16-40392**

☐ **Yes. Describe.....**

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Misc Clothing | $300.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| wedding ring, costume jewelry, pearl necklace | $3,300.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Debtor breeds dogs for sale. At any given time, there is an inventory of puppies.  At filing, the Debtor had 2 puppies with an estimated value of 1000.00 | $1,000.00 |
| 2 house cats and various barn cats | $0.00 |
| 2 guineas | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here .............................................................................

| |
|---|
| $23,775.00 |

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?          Current value of the
                                                                                      portion you own?
                                                                                      Do not deduct secured
                                                                                      claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes..........................................................................................................

                                                             **Cash**        $200.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
                institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................            Institution name:

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**                                            Case number *(if known)*  **16-40392**

| | | | |
|---|---|---|---|
| 17.1. | | **Security State Bank Checking xxxx1380** | **$3,069.51** |
| 17.2. | | **Sec St Bank Savings** | **$6,833.24** |
| 17.3. | | **WSECU 1 Checking and 1 Savings - 5634** | **$15.28** |
| 17.4. | | **Michigan State University Credit Union Savings xxxx0765** | **$150.00** |
| 17.5. | | **Paypal - Puppy Revenue** | **$1,369.69** |
| 17.6. | **Checking** | **Umpqua Bank Puppy Deposit** | **$400.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them....................
                       Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                       Type of account:          Institution name:

| | | |
|---|---|---|
| | **Merrill Lynch - 2 IRAs** | **$12,882.00** |
| | **PERS** | **$0.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☐ No
    ■ Yes.............     Issuer name and description.

Official Form 106A/B                    Schedule A/B: Property                                    page 6
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **William L. Wolf** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl S. Wolf** | Case number *(if known)* | **16-40392** |

| | |
|---|---|
| **TIAA/CREF (Teachers' Insurance and Annuity Association) annuity on D1** | **$19,800.00** |

| | |
|---|---|
| **AD&D term life policy through WSECU on D2** | **$5.00** |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes. Give specific information about them...

| | |
|---|---|
| **Portland, OR Meineke 1255 franchise cancelled by franchisor pre-petition** | $0.00 |

| | |
|---|---|
| **1440 Meineke in Vancouver, WA - Meineke franchise cancelled by franchisor pre-petition** | $0.00 |

| | |
|---|---|
| **Meineke 104 Vancouver, WA - Meineke franchise cancelled by franchisor pre-petition** | $0.00 |

**Money or property owed to you?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes. Give specific information..

Case 16-40392-BDL    Doc 17    Filed 03/02/16    Ent. 03/02/16 15:23:19    Pg. 9 of 46

| Debtor 1 | **William L. Wolf** | Case number (*if known*) | 16-40392 |
|---|---|---|---|
| Debtor 2 | **Cheryl S. Wolf** | | |

> **Possible Inheritance from Uncle from 3 term life insurance policies that D2 is 50% co-owner with her sister on her uncle William Klumbis. All three are from NY Life with loans on each that amount to almost the value of each policy. Uncle is still alive but he is in his 90's**

$5,000.00

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Whole life Insurance through Prudential for D1 for $5,000 with loan against it for almost entire value** | | $1,000.00 |
| **TIAA/CREF 10 year term Life Policy - William Wolf** | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................................................................................................

$50,724.72

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ■ No
   ☐ Yes. Describe.....

Case 16-40392-BDL    Doc 17    Filed 03/02/16    Ent. 03/02/16 15:23:19    Pg. 10 of 46

| Debtor 1 | **William L. Wolf** | | | |
|---|---|---|---|---|
| Debtor 2 | **Cheryl S. Wolf** | | Case number *(if known)* | **16-40392** |

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ■ No
- ☐ Yes. Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ■ No
- ☐ Yes. Describe.....

**41. Inventory**
- ■ No
- ☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes. Give specific information about them...................
  Name of entity:                                        % of ownership:

**43. Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

  - ■ No
  - ☐ Yes. Describe.....

**44. Any business-related property you did not already list**
- ☐ No
- ■ Yes. Give specific information.........

| | |
|---|---|
| **Shop Tools** | **$1,000.00** |
| **12 Breeding Dogs - We are unable to determine value. There is not a market for dogs who have been used for breeding, the dogs would need to be housed for months, maybe even years before finding an acceptable home.** | **$1,000.00** |

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...................................................................................................................   **$2,000.00**

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☐ No. Go to Part 7.
- ■ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
- ☐ No

| Debtor 1 | **William L. Wolf** | Case number *(if known)* | **16-40392** |
|---|---|---|---|
| Debtor 2 | **Cheryl S. Wolf** | | |

■ Yes................

| | |
|---|---|
| 10 horses--Debtors are not breeders of horses; difficult to value, cost of ownership is high but not worth more than $_____ | $675.00 |

| | |
|---|---|
| 7 sheep and 3 lambs | $600.00 |

**48. Crops—either growing or harvested**
☐ No
■ Yes. Give specific information.....

| | |
|---|---|
| 15 round hay bales and 750 small hay squares - grown to feed sheep and horses | $3,700.00 |

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
■ No
☐ Yes................

**50. Farm and fishing supplies, chemicals, and feed**
■ No
☐ Yes................

**51. Any farm- and commercial fishing-related property you did not already list**
■ No
☐ Yes. Give specific information.....

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................................................................................................. | **$4,975.00**

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ..................................... | **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55.** Part 1: Total real estate, line 2 ................................................................................................ | | **$280,000.00** |
| **56.** Part 2: Total vehicles, line 5 | **$7,585.00** | |
| **57.** Part 3: Total personal and household items, line 15 | **$23,775.00** | |
| **58.** Part 4: Total financial assets, line 36 | **$50,724.72** | |
| **59.** Part 5: Total business-related property, line 45 | **$2,000.00** | |
| **60.** Part 6: Total farm- and fishing-related property, line 52 | **$4,975.00** | |
| **61.** Part 7: Total other property not listed, line 54 + | **$0.00** | |
| **62.** Total personal property. Add lines 56 through 61... | **$89,059.72** | Copy personal property total ▶ **$89,059.72** |
| **63.** Total of all property on Schedule A/B. Add line 55 + line 62 | | **$369,059.72** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William L. Wolf** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cheryl S. Wolf** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number (if known) | 16-40392 | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **10838 Independence Road SW Rochester, WA 98579  Thurston County**<br>**10838 Independence Rd. SW Rochester, WA  98579**<br>Line from *Schedule A/B*: 1.1 | $260,000.00 | ☒ $22,950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **Utulity**<br>**Utiltiy Trailer**<br>Line from *Schedule A/B*: 3.2 | $100.00 | ☒ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Utulity**<br>**Utiltiy Trailer**<br>Line from *Schedule A/B*: 3.2 | $100.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Trailer**<br>**Flatbed Trailer**<br>Line from *Schedule A/B*: 3.3 | $250.00 | ☒ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **4 Horse Stock Trailer**<br>Line from *Schedule A/B*: 3.4 | $500.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

Case 16-40392-BDL   Doc 17   Filed 03/02/16   Ent. 03/02/16 15:23:19   Pg. 13 of 46

| Debtor 1 | William L. Wolf | | | |
|---|---|---|---|---|
| Debtor 2 | Cheryl S. Wolf | | Case number (if known) | 16-40392 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Bobcat - motor is blown**<br>Line from *Schedule A/B*: 3.6 | $35.00 | ■ $35.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Household Goods and Furnishings**<br>Line from *Schedule A/B*: 6.1 | $7,500.00 | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **gold pieces--50% ownership interest**<br>Line from *Schedule A/B*: 8.1 | $2,700.00 | ■ $2,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **3 western saddles, 1 Aussie saddle, one English saddle. 2 harnesses, 1 show bridle and various other tack room supplies**<br>Line from *Schedule A/B*: 9.1 | $3,200.00 | ■ $3,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **One 22 rifle**<br>Line from *Schedule A/B*: 9.2 | $25.00 | ■ $42.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **wedding ring, costume jewelry, pearl necklace**<br>Line from *Schedule A/B*: 12.1 | $3,300.00 | ■ $3,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **wedding ring, costume jewelry, pearl necklace**<br>Line from *Schedule A/B*: 12.1 | $3,300.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Debtor breeds dogs for sale. At any given time, there is an inventory of puppies.  At filing, the Debtor had 2 puppies with an estimated value of 1000.00**<br>Line from *Schedule A/B*: 13.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Security State Bank Checking xxxx1380**<br>Line from *Schedule A/B*: 17.1 | $3,069.51 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Sec St Bank Savings**<br>Line from *Schedule A/B*: 17.2 | $6,833.24 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **TIAA/CREF 10 year term Life Policy - William Wolf**<br>Line from *Schedule A/B*: 31.2 | $0.00 | ■ $24,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11)(C) |

Official Form 106C      Schedule C: The Property You Claim as Exempt      page 2 of 3

| Debtor 1 | William L. Wolf | | | |
|---|---|---|---|---|
| Debtor 2 | Cheryl S. Wolf | | Case number (if known) | **16-40392** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Shop Tools**<br>Line from *Schedule A/B*: **44.1** | $1,000.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| **12 Breeding Dogs - We are unable to determine value. There is not a market for dogs who have been used for breeding, the dogs would need to be housed for months, maybe even years before finding an acceptable home.**<br>Line from *Schedule A/B*: **44.2** | $1,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| **15 round hay bales and 750 small hay squares - grown to feed sheep and horses**<br>Line from *Schedule A/B*: **48.1** | $3,700.00 | ■ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **2002 Ford Super Duty**<br>Line from *Schedule A/B*: | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Featherlite Trailer**<br>Line from *Schedule A/B*: | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 16-40392-BDL    Doc 17    Filed 03/02/16    Ent. 03/02/16 15:23:19    Pg. 15 of 46

Fill in this information to identify your case:

| Debtor 1 | **William L. Wolf** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cheryl S. Wolf** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number | 16-40392 | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.    Do any creditors have priority unsecured claims against you?

■ No. Go to Part 2.

☐ Yes.

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.    Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | Total claim |
|---|---|---|---|

| 4.1 | **A&I Distributing** | Last 4 digits of account number | 6443 | | **$1,953.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**900 1st Ave**
**PO Box 1999**
**Billings, MT 59103**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community
debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **products**

---

Debtor 1 **William L. Wolf**
Debtor 2 **Cheryl S. Wolf**

Case number (if know) **16-40392**

| | |
|---|---|
| **4.2** | **American Express** |

Last 4 digits of account number _____  **$44,372.00**

Nonpriority Creditor's Name
**PO Box 650448**
**Dallas, TX 75265-0448**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business - Credit Card used for Meineke operations when franchise went under.**

| | |
|---|---|
| **4.3** | **American Tire** |

Last 4 digits of account number _____  **$3,190.05**

Nonpriority Creditor's Name
**c/o J Michael Lovejoy**
**9218 Rooseveelet Way NE**
**Seattle, WA 98115**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Products for Runningwolf I LLC**

| | |
|---|---|
| **4.4** | **ARS National Services** |

Last 4 digits of account number  **4241**  **$0.00**

Nonpriority Creditor's Name
**PO Box 469100**
**Escondido, CA 92046-9100**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business - Credit Card used for Meineke operations when franchise went under.**

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**

Case number (if know)  **16-40392**

| | | |
|---|---|---|
| **4.5** | **Automotive Express** | Last 4 digits of account number **4010** | **$327.00** |

Nonpriority Creditor's Name
**Delivery Box 12377**
**Portland, OR 97212**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify **Products for Runningwolf I LLC**

---

| | | |
|---|---|---|
| **4.6** | **Automotive Products** | Last 4 digits of account number _____ | **$1,149.00** |

Nonpriority Creditor's Name
**PO box 14668**
**Portland, OR 97293**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify **Productos for Runningwolf I LLC**

---

| | | |
|---|---|---|
| **4.7** | **AutoZone** | Last 4 digits of account number **1046** | **$894.00** |

Nonpriority Creditor's Name
**PO Box 791409**
**Baltimore, MD 21279**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify **Products for Runningwolf II LLC**

---

Case 16-40392-BDL   Doc 17   Filed 03/02/16   Ent. 03/02/16 15:23:19   Pg. 18 of 46

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**

Case number (if know)  **16-40392**

---

| 4.8 | **AutoZone** | Last 4 digits of account number | **7773** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 791409**
**Baltimore   21279**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Products for Runningwolf I LLC**

---

| 4.9 | **Ball Janik LLP** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**101 SW Main St.**
**Ste. 1100**
**Portland, OR 97204**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.10 | **Bank of America** | Last 4 digits of account number | **4647** | **$9,601.00** |

Nonpriority Creditor's Name
**PO BOx 851001**
**Dallas, TX 75285**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business - Credit Card used for Meineke operations when franchise went under.**

---

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**

Case number (if know)  **16-40392**

---

| 4.1 1 | **Bank of America** | Last 4 digits of account number | **8982** | **$21,214.00** |

Nonpriority Creditor's Name
**PO BOx 851001**
**Dallas, TX 75285**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [■] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [■] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [■] Other. Specify  **Business - Credit Card used for Meineke operations when franchise went under.**

---

| 4.1 2 | **Baxter Auto Parts** | Last 4 digits of account number | **3586** | **Unknown** |

Nonpriority Creditor's Name
**9444 N Whitaker**
**Portland, OR 97217**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [■] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [■] Check if this claim is for a community debt

Is the claim subject to offset?

- [■] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [■] Other. Specify  **Parts**

---

| 4.1 3 | **Bonneville Collections** | Last 4 digits of account number | **7397** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 150621**
**Ogden, UT 84415-0621**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [■] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [■] Check if this claim is for a community debt

Is the claim subject to offset?

- [■] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [■] Other. Specify  **NW Natural Gas Co - Notice Only**

---

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**

Case number (if know)  **16-40392**

---

| 4.1 4 | **Capital Management Services** | Last 4 digits of account number | **1644** | $0.00 |

Nonpriority Creditor's Name
**698 1/2 S Ogden St**
**Buffalo, NY 14206-2317**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Discover Card - Notice Only**

---

| 4.1 5 | **Carquest** | Last 4 digits of account number | **0193** | $1,109.00 |

Nonpriority Creditor's Name
**PO Box 404875**
**Atlanta, GA 30384**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **products for Runningwolf I LLC**

---

| 4.1 6 | **CCS Companies** | Last 4 digits of account number | **2970** | $0.00 |

Nonpriority Creditor's Name
**PO Box 935**
**Portsmouth, NH 03802**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Farmers Group - Notice Only**

---

Case 16-40392-BDL    Doc 17    Filed 03/02/16    Ent. 03/02/16 15:23:19    Pg. 21 of 46

Debtor 1 **William L. Wolf**
Debtor 2 **Cheryl S. Wolf**

Case number (if know) **16-40392**

---

| 4.1 7 | **Citibank** | Last 4 digits of account number **7341** | **$11,773.00** |

Nonpriority Creditor's Name
**PO Box 20363**
**Kansas City, MO 64195**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify **Business - Credit Card used for Meineke operations when franchise went under.**

---

| 4.1 8 | **Citibank** | Last 4 digits of account number **9736** | **$5,629.00** |

Nonpriority Creditor's Name
**PO Box 20363**
**Kansas City, MO 64195**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify **Business - Credit Card used for Meineke operations when franchise went under.**

---

| 4.1 9 | **Citibank** | Last 4 digits of account number **4813** | **$6,865.00** |

Nonpriority Creditor's Name
**PO Box 20363**
**Kansas City, MO 64195**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify **Business - Credit Card used for Meineke operations when franchise went under.**

---

Debtor 1 **William L. Wolf**
Debtor 2 **Cheryl S. Wolf**

Case number (if known) **16-40392**

---

| **4.2 0** | **City of Portland** | Last 4 digits of account number **5400** | | $1,078.00 |

Nonpriority Creditor's Name
**PO Box 4216**
**Portland, OR 97208**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **water, sewer and runoff for Runningwolf I LLC**

---

| **4.2 1** | **City of Portland Fire** | Last 4 digits of account number _____ | | $75.00 |

Nonpriority Creditor's Name
**1120 SW 5th Ave Rm 1250**
**Portland, OR 97204**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Fire Safety Inspection**

---

| **4.2 2** | **City of Vancouver** | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name
**PO Box 8875**
**Vancouver, WA 98666**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **water/sewer**

---

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**

Case number (if know)  **16-40392**

---

| 4.2 3 | **Clark County** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**Public Utilities**
**PO Box 8989**
**Vancouver, WA 98668**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community debt   ☐ Student loans
Is the claim subject to offset?   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes   ■ Other. Specify  **Utilities**

---

| 4.2 4 | **Coast to Coast Financial Solut** | Last 4 digits of account number | **1878** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 1883**
**Southgate, MI 48195-0883**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
■ Check if this claim is for a community debt   ☐ Student loans
Is the claim subject to offset?   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes   ■ Other. Specify  **Recology Portland - Notice Only**

---

| 4.2 5 | **Comcast** | Last 4 digits of account number | **3610,0134,6 780** | **$1,650.00** |

Nonpriority Creditor's Name
**P.O. Box 34227**
**Seattle, WA 98124-1227**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
■ Check if this claim is for a community debt   ☐ Student loans
Is the claim subject to offset?   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes   ■ Other. Specify  **Phone, internet, TV, Running Wolf I, LLC**

---

Case 16-40392-BDL   Doc 17   Filed 03/02/16   Ent. 03/02/16 15:23:19   Pg. 24 of 46

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**

Case number (if know)  **16-40392**

---

| 4.2 6 | **Comcast** | Last 4 digits of account number | | | $1,500.00 |

Nonpriority Creditor's Name
**P.O. Box 34227**
**Seattle, WA 98124-1227**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Internet Running Wolf II, LLC**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.2 7 | **Commercial Collectors, Inc.** | Last 4 digits of account number **9177** | | | $0.00 |

Nonpriority Creditor's Name
**PO Box 337**
**Montrose, MN 56363**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Factory Motor Parts Co - Notice Only**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.2 8 | **Discover** | Last 4 digits of account number | | | $12,643.00 |

Nonpriority Creditor's Name
**PO Box 29033**
**Phoenix, AZ 85038**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business - Credit Card used for Meineke operations when franchise went under.**

Is the claim subject to offset?

■ No
☐ Yes

---

Case 16-40392-BDL   Doc 17   Filed 03/02/16   Ent. 03/02/16 15:23:19   Pg. 25 of 46

Debtor 1 **William L. Wolf**

Debtor 2 **Cheryl S. Wolf**

Case number (if know) **16-40392**

---

**4.29**

**Employment Security Dept**
Nonpriority Creditor's Name

**PO Box 34467**

**Seattle, WA 98124**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

$0.00

---

**4.30**

**Estate Information Svcs LLC**
Nonpriority Creditor's Name

**PO Box 1398**

**Reynoldsburg, OH 43068-6398**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **7201**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business - Credit Card used for Meineke operations when franchise went under.**

$0.00

---

**4.31**

**Estate Information Svcs LLC**
Nonpriority Creditor's Name

**PO Box 1730**

**Reynoldsburg, OH 43068-8730**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **2166**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business - Credit Card used for Meineke operations when franchise went under.**

$0.00

---

Debtor 1 **William L. Wolf**
Debtor 2 **Cheryl S. Wolf**

Case number (if know) **16-40392**

---

| 4.3 2 | **Evans & Green LLP** | Last 4 digits of account number **0556** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1615 S Ingram Mill Rd.**
**Bldg F**
**PO Box 10545**
**Springfield, MO 65808-0545**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **O'Reilly Automotive Stores, Inc. - Notice Only**

---

| 4.3 3 | **Factory Motor Parts** | Last 4 digits of account number **1733** | **$5,021.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Commerical Collectors Box 337**
**Montrose, MN 55363**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Products for Runningwolf I LLC**

---

| 4.3 4 | **Farmers Group Inc** | Last 4 digits of account number | **$1,382.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Credit Collection**
**2 Wells Ave**
**Newton Center, MA 02459**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Premium for Insurance**

---

Case 16-40392-BDL    Doc 17    Filed 03/02/16    Ent. 03/02/16 15:23:19    Pg. 27 of 46

Debtor 1   **William L. Wolf**
Debtor 2   **Cheryl S. Wolf**

Case number (if know)   **16-40392**

---

| 4.3 5 | **Farmers Insurance** | Last 4 digits of account number _____ | **$500.00** |

Nonpriority Creditor's Name
**c/o Paragon Asset Recovery
PO Box 962
Coraspolis, PA 15108**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Tech backed one customer's car into another - deductible**

---

| 4.3 6 | **Fast Undercar** | Last 4 digits of account number **1002** | **$1,214.00** |

Nonpriority Creditor's Name
**5104 NE Oregon St
Portland, OR 97213**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Products for Runningwolf II LLC**

---

| 4.3 7 | **Fast Undercar** | Last 4 digits of account number _____ | **$3,125.72** |

Nonpriority Creditor's Name
**5104 NE Oregon St
Portland, OR 97213**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Products for Runningwolf I LLC**

---

Debtor 1 **William L. Wolf**
Debtor 2 **Cheryl S. Wolf**

Case number (if know) **16-40392**

---

| 4.3 8 | **G&K Service** | Last 4 digits of account number | **8527** | $91.00 |

Nonpriority Creditor's Name
**1001 SW 34th St**
**Renton, WA 98057**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Uniforms, Walk-off mats and rags**

---

| 4.3 9 | **G&K Service** | Last 4 digits of account number | **2218** | $1,865.00 |

Nonpriority Creditor's Name
**1001 SW 34th St**
**Renton, WA 98057**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Uniforms, Walk-off mats and rags**

---

| 4.4 0 | **Genuin Parts Company** | Last 4 digits of account number | | $511.00 |

Nonpriority Creditor's Name
**4625 River Green Pkwy**
**Duluth, GA 30096**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Products from Running Wolf I, LLC**

---

Debtor 1   **William L. Wolf**
Debtor 2   **Cheryl S. Wolf**

Case number (if know)   **16-40392**

---

| 4.4 1 | **Gorlicks** | Last 4 digits of account number | _____ | $702.00 |

Nonpriority Creditor's Name
**PO Box 4148**
**Bellevue, WA 98009**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **products for Runningwolf I LLC**

---

| 4.4 2 | **Gresham Locksmith Inc** | Last 4 digits of account number | _____ | $81.00 |

Nonpriority Creditor's Name
**617 SE 223rd Ave**
**Gresham, OR 97030**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Rekeying of Locks for Runningwolf I LLC**

---

| 4.4 3 | **Heibert Garbage** | Last 4 digits of account number | _____ | $344.00 |

Nonpriority Creditor's Name
**c/o Vangaurd Adjustment**
**Box 83168**
**Portland, OR 97283**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **trash pickup for Running Wolf I LLC**

---

Debtor 1   **William L. Wolf**
Debtor 2   **Cheryl S. Wolf**                                    Case number (if know)   **16-40392**

---

| 4.4 4 | **Holmes & Associates** | Last 4 digits of account number _____ | **$2,500.00** |

Nonpriority Creditor's Name
**P.O. Box 930**
**Centralia, WA 98531**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Accountant**

---

| 4.4 5 | **Interstate Batteries** | Last 4 digits of account number **3334** | **$840.00** |

Nonpriority Creditor's Name
**3421 NE 109th Ave**
**Vancouver, WA 98682**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **products and battery tester for Runningwolf I LLC**

---

| 4.4 6 | **Interstate Batteries** | Last 4 digits of account number **6128** | **$526.00** |

Nonpriority Creditor's Name
**3421 NE 109th Ave**
**Vancouver, WA 98682**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **products for Runningwolf II LLC**

---

Debtor 1 **William L. Wolf**
Debtor 2 **Cheryl S. Wolf**

Case number (if know) **16-40392**

---

| 4.4 7 | | | |
|---|---|---|---|

**Jacqueline Mona Sparks Trust**
Nonpriority Creditor's Name

Last 4 digits of account number _____

**$121,317.94**

When was the debt incurred? _____

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No



☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Pending Judgment re: Breach of Guaranty**

☒ Other. Specify **Trust is represented by Motschenbacher & Blattner**

---

| 4.4 8 | | | |
|---|---|---|---|

**Landerholm**
Nonpriority Creditor's Name
**805 Broadway St.**
**Ste. 1000**
**PO Box 1086**
**Vancouver, WA 98666**
Number Street City State Zip Code

Last 4 digits of account number _____

**$0.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify **Notice Only**

---

| 4.4 9 | | | |
|---|---|---|---|

**Latest Undercar**
Nonpriority Creditor's Name
**19080 SE 359th**
**Sandy, OR 97055**
Number Street City State Zip Code

Last 4 digits of account number _____

**$56.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify **brake lathe blades for Runningwolf I LLC**

---

Debtor 1   William L. Wolf
Debtor 2   Cheryl S. Wolf                           Case number (if known)   **16-40392**

---

| 4.5 0 | **Legacy Lab** | Last 4 digits of account number **8937** | **$62.00** |

Nonpriority Creditor's Name
**PO Box 5337**
**Portland, OR 97228**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   drug testing for Runningwolf I LLC

---

| 4.5 1 | **Lovejoy & Kelly PS** | Last 4 digits of account number **414J** | **$0.00** |

Nonpriority Creditor's Name
**9218 Roosevelt Way NE**
**Seattle, WA 98115**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| 4.5 2 | **Meineke Car Care Centers, Inc** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**440 S Church St**
**Ste. 700**
**Charlotte, NC 28202**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

Debtor 1 **William L. Wolf**
Debtor 2 **Cheryl S. Wolf**

Case number (if known) **16-40392**

---

| 4.5 3 | | | |
|---|---|---|---|

**Minuteman Press**

Last 4 digits of account number _____

$50.00

Nonpriority Creditor's Name
**3382 SE 20th Ave**
**Portland, OR 97202**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Cards**

---

| 4.5 4 | | | |
|---|---|---|---|

**Motschenbacher & Blattner LLP**

Last 4 digits of account number _____

$0.00

Nonpriority Creditor's Name
**117 SW Taylor St**
**Ste. 200**
**Portland, OR 97204-3029**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice Only**

---

| 4.5 5 | | | |
|---|---|---|---|

**NAPA Auto Parts**

Last 4 digits of account number **4406**

$486.00

Nonpriority Creditor's Name
**File 56893**
**Los Angeles, CA 90074**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **produtcs for Runningwolf I LLC**

---

Debtor 1  William L. Wolf
Debtor 2  Cheryl S. Wolf

Case number (if know)  **16-40392**

---

| 4.5 6 | **Nationwide Credit, Inc** | Last 4 digits of account number  **3006** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 26314
Lehigh Valley, PA 18002-6314
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Business - Credit Card used for Meineke operations when franchise went under.**

---

| 4.5 7 | **Northland Group** | Last 4 digits of account number  **6443** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 390905
Minneapolis, MN 55439
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Business - Credit Card used for Meineke operations when franchise went under.**

---

| 4.5 8 | **NW Natural** | Last 4 digits of account number  **6727** | **$1,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 6017
Portland, OR 97228
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Utilities - Natural Gas for Running Wolf I LLC**

---

Debtor 1   **William L. Wolf**
Debtor 2   **Cheryl S. Wolf**

Case number (if know)   **16-40392**

---

**4.59**

**NW Natural Gas**
Nonpriority Creditor's Name
**PO Box 6067**
**Portland, OR 97822**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **6739**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Natural Gas for Running Wolf II LLC**

**$230.00**

---

**4.60**

**O'Reilly Auto Parts**
Nonpriority Creditor's Name
**Box 9464**
**Springfield, MO 65801**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1045**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **products for Runningwolf I LLC**

**$6,500.00**

---

**4.61**

**O'Reilly Auto Parts**
Nonpriority Creditor's Name
**PO Box 9464**
**Springfield, MO 65801-9464**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **9522**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Products for Runningwolf II LLC**

**$1,342.00**

---

Debtor 1 **William L. Wolf**
Debtor 2 **Cheryl S. Wolf**

Case number *(if know)* **16-40392**

---

| 4.6 2 | **Orco** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4150 N Suttle Rd**
**Portland, OR 97217**
Number Street City State Zip Code

When was the debt incurred? _____

Who Incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **anti-freeze for Runningwolf I LLC**

---

| 4.6 3 | **Pacific Power** | Last 4 digits of account number **0018** | **$750.00** |

Nonpriority Creditor's Name
**1186 E 4609s Suite**
**Ogden, UT 84403**
Number Street City State Zip Code

When was the debt incurred? _____

Who Incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Electric for Running Wolf I ,LLC**

---

| 4.6 4 | **Pacific Tire Distributors** | Last 4 digits of account number **9185** | **$613.00** |

Nonpriority Creditor's Name
**2750 Hayden Island Dr**
**Portland, OR 97217**
Number Street City State Zip Code

When was the debt incurred? _____

Who Incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **products for Runningwolf I LLC**

---

Debtor 1 **William L. Wolf**
Debtor 2 **Cheryl S. Wolf**

Case number (if know) **16-40392**

---

| 4.6 5 | **PacLab** | Last 4 digits of account number _____ | $500.00 |

Nonpriority Creditor's Name
**PO Box 2670**
**Spokane, WA 99220**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Bill**

---

| 4.6 6 | **Receivables Controle Corp** | Last 4 digits of account number **2218** | **Unknown** |

Nonpriority Creditor's Name
**7373 Kirkwood Ct, Ste. 200**
**PO Box 9658**
**Minneapolis, MN 55339**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **G&K Svcs - Notice Only**

---

| 4.6 7 | **Recology** | Last 4 digits of account number _____ | $106.00 |

Nonpriority Creditor's Name
**235 N 1st St**
**Dixon, CA 95620**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **trash pickup for Running Wolf I, LLC**

---

Case 16-40392-BDL   Doc 17   Filed 03/02/16   Ent. 03/02/16 15:23:19   Pg. 38 of 46

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**

Case number (if know)  **16-40392**

---

| 4.6 8 | | | |
|---|---|---|---|

**Safety Kleep**
Nonpriority Creditor's Name
**POB 975201**
**Dallas, TX 75397**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **5397**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Oil for Runningwolf II LLC**

**Unknown**

---

| 4.6 9 | | | |
|---|---|---|---|

**Safety Kleep**
Nonpriority Creditor's Name
**POB 975201**
**Dallas, TX 75397**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **4496**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Oil for Runningwolf I LLC**

**$3,370.00**

---

| 4.7 0 | | | |
|---|---|---|---|

**SBS Kenosha**
Nonpriority Creditor's Name
**2801 80th St**
**Kenosha, WI 53143**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **software maintenance for Runningwolf I LLC**

**Unknown**

---

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**                     Case number (if known)  **16-40392**

---

| 4.7 1 | |
|---|---|

**SBS Kenosha**
Nonpriority Creditor's Name
**2801 80th Street**
**Kenosha, WI 53143**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **for Running Wolf I, LLC**

---

| 4.7 2 | |
|---|---|

**Snap On Credit**
Nonpriority Creditor's Name
**24817 Network Pl**
**Chicago, IL 60673**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **0001**      **$768.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt for Runningwolf I LLC**

---

| 4.7 3 | |
|---|---|

**Snap On Credit**
Nonpriority Creditor's Name
**PO Box 98850**
**Chicago, IL 60693**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **2649**      **$441.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt for Runningwolf I LLC**

---

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**

Case number *(if know)*  **16-40392**

---

| 4.7 4 | **Snap on Credit** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Snap on Equipment**
**PO Box 98850**
**Chicago, IL 60693**
Number Street City State Zip Code

Last 4 digits of account number  **4001**                    **$806.50**

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Repair debt for Runningwolf I LLC**

---

| 4.7 5 | **Snap On Credit** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**24817 Network Pl**
**Chicago, IL 60673**
Number Street City State Zip Code

Last 4 digits of account number  **3001**                    **Unknown**

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt for Runningwolf I LLC**

---

| 4.7 6 | **Snap On Credit** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**24817 Network Pl**
**Chicago, IL 60673**
Number Street City State Zip Code

Last 4 digits of account number  _____        **Unknown**

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Running Wolf II, LLC**

---

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**

Case number (if know)  **16-40392**

---

| 4.7 7 | **Snap On Equipment** | Last 4 digits of account number _____ | **$571.00** |

Nonpriority Creditor's Name
**26005 Network Pl**
**Chicago, IL 60673**
Number Street City State Zip Code

When was the debt incurred? _____

**Who Incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Running Wolf I, LLC**

---

| 4.7 8 | **State of Washington DOR** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 5127**
**Lacey, WA 98509-5127**
Number Street City State Zip Code

When was the debt incurred? _____

**Who Incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.7 9 | **State of Washington Employment** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Securities**
**South Sound Dstirct Tax Office**
**Tacoma, WA 98402-1903**
Number Street City State Zip Code

When was the debt incurred? _____

**Who Incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **William L. Wolf**
Debtor 2 **Cheryl S. Wolf**

Case number (if know) **16-40392**

---

| 4.8 0 | **Team Allied** | Last 4 digits of account number **5057** | **$1,539.00** |

Nonpriority Creditor's Name
**13609 Ne Jarrewt**
**Portland, OR 97230**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Products for Runningwolf I LLC**

---

| 4.8 1 | **Van Ru Credit Corp** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1350 E. Touhy Ave**
**Suite 300 E**
**Des Plaines, IL 60018-3342**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.8 2 | **VW Credit Inc.** | Last 4 digits of account number **4446** | **Unknown** |

Nonpriority Creditor's Name
**Asset Resolution**
**PO Box 7572**
**Libertyville, IL 60048-7572**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Deficiency for 2013 VW Jetta**

---

| Debtor 1 | William L. Wolf | | Case number (if know) | **16-40392** |
|---|---|---|---|---|
| Debtor 2 | Cheryl S. Wolf | | | |

---

| 4.8 3 | **Washington Department of Labor** | Last 4 digits of account number _____ | | **$0.00** |

**Nonpriority Creditor's Name**
**& Industries**
**7273 Linderson Way SW**
**Olympia, WA 98501**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify _____

---

| 4.8 4 | **WSECU** | Last 4 digits of account number _____ | | **$8,844.00** |

**Nonpriority Creditor's Name**
**PO Box WSECU**
**Olympia, WA 98507**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify **Business - Credit Card used for Meineke operations when franchise went under.**

---

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 0.00 |
| | | | | Total Claim |
| | 6f. | Student loans | 6f. $ | 0.00 |
| Total claims | | | | |

Debtor 1  **William L. Wolf**
Debtor 2  **Cheryl S. Wolf**

Case number (if know)  **16-40392**

| from Part 2 | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
|---|---|---|---|---|---|
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 293,577.21 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 293,577.21 |

Case 16-40392-BDL    Doc 17    Filed 03/02/16    Ent. 03/02/16 15:23:19    Pg. 45 of 46

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Washington

In re    **William L. Wolf**
      **Cheryl S. Wolf**       Debtor(s)

Case No.   **16-40392**

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $   5,720.00 |
| Prior to the filing of this statement I have received | $   5,720.00 |
| Balance Due | $   0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 2, 2016** | **/s/ Brian L. Budsberg** |
| *Date* | **Brian L. Budsberg 11225** |
| | *Signature of Attorney* |
| | **Budsberg Law Group, PLLC** |
| | **P.O. Box 1489** |
| | **Olympia, WA 98507** |
| | **360-584-9093   Fax: 360-252-8333** |
| | **Brian@budsberg.com** |
| | *Name of law firm* |